UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARLAINA A. NAPOLI-BOSSE , on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil Action No. 3:18-CV-01720-MPS<br><br>APRIL 13, 2020 |

**CONSENT MOTION TO STAY ACTION FOR 60 DAYS**

Pursuant to Fed. R. Civ. P. 16 and L.R. 7(b), Defendant General Motors LLC ("GM") respectfully moves for a stay of the above-captioned action for 60 days in light of the public health emergency created by the COVID-19 pandemic. In support of this motion, GM states:

1. This matter is a putative nationwide class action involving a claim for breach contract.

2. On April 6, 2020, the Court granted in part and denied in part GM's motion to dismiss the First Amended Complaint.

3. As a result, GM's answer is due on April 20, 2020. Additionally, per the Court's February 13, 2019 order (ECF #20), the Parties are required to confer and submit an updated Rule 26(f) report by April 20, 2020.

4. The public health emergency create by the COVID-19 pandemic has significantly affected GM's operations. Among other things, Michigan's governor Gretchen Whitmer issued a "shelter in place" order on March 23, 2020 (Executive Order 2020-21) that directed all Michigan businesses and operations to temporarily suspend in-person operations that are not necessary to

sustain or protect life for at least three weeks.[1]  On April 9, 2020, Governor Whitmer extended the "shelter in place" order through the end of April (Executive Order 2020-42).[2]

5. GM paused production at its North American manufacturing facilities and shifted resources away from non-essential aspects of its business.  All GM employees, including GM's legal staff, have been asked to work remotely if their job duties allow.

6. As a result of the COVID-19 pandemic, the resources GM can devote to assisting its outside counsel in the above-captioned matter are significantly limited, and GM expects those resources to continue to be significantly limited for at least approximately the next 60 days.

7. Counsel for GM has closed its U.S. offices and is functioning in a remote work environment.

8. In light of these unprecedented circumstances, I met and conferred with Plaintiff's counsel on April 9, 2020 to request a 60-day stay in the above matter.

9. Given the circumstances related to COVID-19, Plaintiff's counsel indicated that Plaintiff does not believe it would be appropriate to oppose this request.  However, Plaintiff does plan to file a limited motion for reconsideration and asks that the stay not apply to the briefing of that motion.  GM plans to oppose the motion for reconsideration and asks that the stay apply to briefing on it.

---

[1] *See* The Office of Governor Gretchen Whitmer, Press Release (March 23, 2020), at https://www.michigan.gov/whitmer/0,9309,7-387-90499_90640-522625--,00.html.

[2] *See* The Office of Governor Gretchen Whitmer, Press Release (April 9, 2020), at https://www.michigan.gov/whitmer/0,9309,7-387-90487-525173--,00.html.

DATED:  April 13, 2020	Respectfully submitted,

**SEYFARTH SHAW LLP**

By: */s/ James C. McGrath*
James C. McGrath (ct27082)
jcmcgrath@seyfarth.com

SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:	(617) 946-4800
Facsimile:	(617) 946-4801

Attorneys for Defendant
General Motors LLC

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2020, a copy of the foregoing was filed electronically and that notice of this filing will be sent to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing.

*/s/ James C. McGrath*
James C. McGrath
