UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIAINA A. NAPOLI-BOSSE
on behalf of themselves and all
others similarly situated
BRANDY SMITH , on behalf of themselves
and all others similarly situated
RILLA JEFFERSON
SAMUEL TAYLOR
MARK RILEY

CASE NO. 3:18CV1720 (MPS)

V.

GENERAL MOTORS LLC

## JUDGMENT

This action having come on for consideration of the defendant's [doc. #70] and the plaintiffs'[doc. #77] motions for summary judgment before the Honorable Michael P. Shea, United States District Judge and,

The court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling on August 22, 2022 granting the defendant's [doc.#70] motion and denying the plaintiffs' [docs. #77] motion; it is therefore

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 23rd day of August 2022.

DINAH MILTON KINNEY, Clerk

By /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk

EOD 8/23/22

Case 3:18-cv-01720-MPS    Document 109    Filed 08/23/22    Page 2 of 2